# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FAYE ZHENXING | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 08-2228 (RJL) |
| | ) | |
| THE GOVERNMENT OF | ) | |
| THE PEOPLE'S REPUBLIC | ) | |
| OF CHINA | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 12th day of January 2010, hereby

**ORDERED** that plaintiff's Complaint is DISMISSED without prejudice, and it is further

**ORDERED** that plaintiff's Motion for Default Judgment [# 3] is DISMISSED as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

RICHARD J. LEON
United States District Judge